**BASHIAN**
PAPANTONIOU



Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in NY, NJ and D.C.

VIA CM/ECF

April 19, 2021

SO ORDERED

United States District Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APR 2 0 2021

The initial conference on
April 28, 2021 at 9:30 a.m., is adjourned to
May 26, 2021 at 9:30 a.m.

**Re:** *Mercer v. 764 Dover Leipsic LLC,* **Case No.: 1:21-cv-00603-GBD**

Dear U.S. District Judge Daniels:

This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. On April 9, 2021, we filed a motion for default judgment against the defendant, 764 Dover Leipsic LLC, which is currently pending. As a result, we are requesting an adjournment of the initial pretrial conference currently scheduled for April 28, 2021, at 9:30 a.m., including all other deadlines related to the Initial Pretrial Conference Order (D.E. 5). This is our first request for an adjournment, and our request will not prejudice any of the parties or affect any other scheduled dates since the Defendant has not yet appeared in this action.

We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*

Erik M. Bashian, Esq.

cc:   764 Dover Leipsic LLC *(via regular mail)*