

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in NY, NJ and D.C.

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: MAY 19 2021

VIA CM/ECF

May 18, 2021

United States District Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Mercer v. 764 Dover Leipsic LLC,* Case No.: 1:21-cv-00603-GBD

Dear U.S. District Judge Daniels:

This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. On April 9, 2021, we filed a motion for default judgment against the defendant, 764 Dover Leipsic LLC, which is currently pending. As a result, we are requesting an adjournment of the initial pretrial conference currently scheduled for May 26, 2021, at 9:30 a.m. for thirty-days, including all other deadlines related to the Initial Pretrial Conference Order (D.E. 5). This is our second request for an adjournment, and our request will not prejudice any of the parties or affect any other scheduled dates since the Defendant has not yet appeared in this action.

We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

/s/ *Erik M. Bashian*

Erik M. Bashian, Esq.

cc: 764 Dover Leipsic LLC *(via regular mail)*

500 OLD COUNTRY ROAD, SUITE 302, GARDEN CITY, NEW YORK 11530 T: (516) 279-1555 F: (516) 213-0339 WWW.BASHPAPLAW.COM