UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
STACEY MERCER,

                              Plaintiff,

      -against-

764 DOVER LEIPSIC LLC,

                             Defendant.
------------------------------------- x

ORDER

21 Civ. 603 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference scheduled for May 26, 2021 is adjourned to June 23, 2021 at 9:30 a.m.

Dated: New York, New York
       May 25, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge