UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STACEY MERCER,

                        Plaintiff,

       -against-

764 DOVER LEIPSIC LLC,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

21 Civ. 603 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The initial conference is adjourned from June 16, 2021 until August 18, 2021 at 9:30 a.m.

All other conferences are adjourned *sine die*.

      The Clerk of Court is directed to close the letter motion at ECF No. 22.

Dated: New York, New York
      June 15, 2021

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge