

**BASHIAN**
PAPANTONIOU P.C.

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in NY, NJ and D.C.



VIA CM/ECF

August 13, 2021

United States District Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

AUG 17 2021

SO ORDERED

The initial conference is adjourned from
August 18, 2021 to November 10, 2021 at 9:30 a.m.

*George B. Daniel*
HON. GEORGE B. DANIELS

Re: *Mercer v. 764 Dover Leipsic LLC*, Case No.: 1:21-cv-00603-GBD

Dear U.S. District Judge Daniels:

This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. On April 9, 2021, we filed a motion for default judgment against the defendant, 764 Dover Leipsic LLC, which is currently pending. As a result, we are requesting an adjournment of the initial pretrial conference currently scheduled for August 18, 2021, at 9:30 a.m. *sine die*, including all other deadlines related to the Initial Pretrial Conference Order (D.E. 5). This is our fourth request for an adjournment, and our request will not prejudice any of the parties or affect any other scheduled dates since the Defendant has not yet appeared in this action.

We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

/s/ *Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc: 764 Dover Leipsic LLC *(via regular mail)*