UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
STACEY MERCER,

                          Plaintiff,

      -against-

764 DOVER LEIPSIC LLC,

                         Defendant.
------------------------------------------------------------- x

ORDER

21 Civ. 603 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference scheduled for November 10, 2021 at 9:30 a.m. is hereby cancelled.

Dated: New York, New York
       November 9, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge